NANCY WELCH ET AL. v. JOHN N. HODGE, COMMISSIONER OF HIGHWAYS, AND LEROY E. NUMMER, CLERK, OF THE TOWNSHIP OF EASTON.

*Highways—Establishment—Notice.*

Failure to serve notice of an application to lay out a highway upon the occupant, who is a tenant of the owner of a life-estate in the land through which the highway is to run, is fatal to the proceedings; citing 3 How. Stat. § 1298; *Dixon v. Commissioner,* 75 Mich. 225.[1]

*Certiorari* to review proceedings for laying out a highway. Submitted on briefs January 6, 1893. Proceedings quashed January 20, 1893. The facts are sufficiently stated in the opinion.

*Mitchel & Hawley,* for petitioners.

*F. D. M. Davis,* for respondents.

MONTGOMERY, J. This is *certiorari* to review the proceedings of the defendant commissioner in laying out a highway in the township of Easton, Ionia county.

[1] See *Brazee v. Raymond,* 59 Mich. 548; *Goss v. Highway Commissioner,* 63 Id. 608; *Wilson v. Township Board,* 87 Id. 240; *Hall v. Pettit,* 88 Id. 158; *Sherman v. Peterson,* 91 Id. 480.

The petitioner Nancy Welch is the owner of a life-estate in certain premises through which the highway runs, the two other petitioners being, with others, owners of the fee. At the time of the proceedings Frank Welch was a tenant in the occupancy of the premises. The commissioner returns that notice of hearing upon the application for laying out the highway was not served upon the occupant.

This omission was fatal to the proceedings. 3 How. Stat. § 1298; *Dixon v. Commissioner of Highways,* 75 Mich. 225. The proceedings must be quashed, with costs.

The other Justices concurred.